**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632

<u>MEMORANDUM</u>

TO:  Counsel of Record

FROM:  Judge Peter J. Messitte

RE:  <u>Royster v. Schluderberg, Jr.</u>
  Civil No. PJM 10-2121

DATE:  September 24, 2014

\* \* \*

The Court notes that there are a number of motions *in limine* pending in this case.  It had anticipated resolving each of these motions at trial, which was originally scheduled to begin on Tuesday, November 18, 2014.  The trial date has moved, however, to February 17, 2015, as has the deadline for filing additional motions *in limine*, to December 5, 2014.

Given the schedule change, the number of pending motions, and the possibility of more forthcoming, the Court has decided, for reporting purposes, to **administratively close** the case until January 1, 2015.  This administrative closure will not preclude any filings made in the interim.  However, unless there is some urgency, the Court does not intend to address such motions until after the beginning of next year, unless otherwise notifying both parties.

An Order will issue.

  /s/
  PETER J. MESSITTE
  UNITED STATES DISTRICT JUDGE

cc:  Court File